UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

KERRY BERNARD MCNABB,

       Plaintiff,                                  Case No. 1:10cv459

v.                                                 Hon. Robert J. Jonker

TIMONTY KIPP, et al.,

       Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 10, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 10, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Count III, Count VI and the "official capacity" claims against Defendants (docket #33) is **GRANTED**.


                                                        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE

DATED: March 4, 2011.